TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00715-CV

Collen A. Clark, Appellant

v.

Board of Law Examiners of the State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 95-03629, HONORABLE MARY PEARL WILLIAMS, JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint motion to withdraw opinion and remand. The motion is
granted. Tex. R. App. P. 59(a).

 We withdraw this Court's prior opinion and judgment issued July 31, 1996, and set aside
the trial court's judgment and remand the cause to the Board of Law Examiners of the State of Texas for
action consistent with the settlement terms agreed to by the parties. 

Before Chief Justice Carroll, Justices Aboussie and Kidd

Judgment Set Aside and Cause Remanded on Joint Motion

Filed: February 13, 1997

Do Not Publish